**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Lawyer J. Henderson,<br>        Plaintiff(s),<br><br>vs.<br><br>U.S. Security Associates, Inc., Aldi's,<br>        Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:17-cv-3329-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, United States District Judge, for consideration of defendant U.S. Security Associates, Inc.'s Motion for Summary Judgment, and the court having Granted said motion on 10/17/2018, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant U.S. Security Associates, Inc. recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 30th day of October, 2020.

JAMES N. HATTEN
CLERK OF COURT

By:  s/K. Thornton
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 30, 2020
James N. Hatten
Clerk of Court

By: s/K. Thornton
    Deputy Clerk