UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Lawyer J. Henderson,<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>U.S. Security Associates, Inc., Aldi's,<br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:17-cv-3329-TWT |

## **A M E N D E D   J U D G M E N T**

　　This action having come before the court, Honorable Thomas W. Thrash, United States District Judge for consideration, and the Court having Granted Defendant U.S. Security Associates, Inc.'s Motion for Summary Judgment, and Dismissed Defendant Aldi's without prejudice, It is

　　**Ordered and Adjudged** that the plaintiff take nothing; that the defendant U.S. Security Associates, Inc., recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

　　Dated at Atlanta, Georgia, this 4th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　By:　s/K. Thornton
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 4, 2020
James N. Hatten
Clerk of Court

By: s/K. Thornton
　　　　Deputy Clerk